WILLIAM F. HYLAND v. TOWNSHIP OF MORRIS.

July 22, 1974. Petition for certification granted.

STATE OF NEW JERSEY v. PAUL J. HANLY, SR.

July 1, 1974. Petition for certification denied. (See 127 *N. J. Super.* 436)

STATE OF NEW JERSEY v. JOSEPH A. FUREY.

July 1, 1974. Petition for certification denied.

STATE OF NEW JERSEY v.
NORTH JERSEY DISTRICT WATER SUPPLY COMMISSION.

July 22, 1974. Petition for certification denied.

SARA BIDDLE v.
WEST DEPTFORD TOWNSHIP ZONING BOARD.

July 23, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD VALENTINE.

July 23, 1974. Petition for certification granted.